USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JOSUE ROMERO, *on behalf of himself and*     :
*all others similarly situated*,                 :         20-CV-8134 (PGG) (RWL)
                                             :
                        Plaintiff,           :
                                             :         **ORDER**
        - against -                          :
                                             :
WEGMANS FOOD MARKETS, INC.,                   :
                                             :
                        Defendant.           :
                                             :
---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff served copies of the Summons and Complaint on Defendant on October 9, 2020.  (Dkt. 6.)  An answer was due by October 30, 2020.  No answer appears on the docket.  Accordingly, Plaintiff shall file for default or otherwise explain the status of this case by January 13, 2020.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 11, 2020
        New York, New York

Copies transmitted this date to all counsel of record.

1